UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE SULLIVAN

ALFRED CRAWLEY

12 CV 3299

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

ALLIED BARTON SECURITY SERVICES

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial: ☐ Yes ☑ No
*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. Typically, the company or organization named in your charge to the Equal Employment Opportunity Commission should be named as a defendant. Addresses should not be included here.)*

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
    **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
    **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
    **NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

____ New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

____ New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

RECEIVED APR 26 2012 PRO SE OFFICE

Rev. 05/2010                               1

I. **Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  ALFRED CROWLEY
Street Address  910 THIERIOT AVE APT 3F
County, City  BRONX
State & Zip Code  N.Y., 10473
Telephone Number  (718) 328-3973

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant   Name  ALLIED BARTON SECURITY SERVICES
Street Address  330 WEST 34th ST.
County, City  NEW YORK, NEW YORK
State & Zip Code  N.Y. 10001
Telephone Number  (212) 481-5777

C. The address at which I sought employment or was employed by the defendant(s) is:

Employer  ALLIED BARTON SECURITY SERVICES
Street Address  330 WEST 34th ST.
County, City  NEW YORK
State & Zip Code  NEW YORK, N.Y., 10001
Telephone Number  (212) 481-5777

II. **Statement of Claim:**

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____ Failure to hire me.
✓ Termination of my employment.
_____ Failure to promote me.
_____ Failure to accommodate my disability.
_____ Unequal terms and conditions of my employment.

RECEIVED
APR 26 2012

Rev. 05/2010                    2

      _____    Retaliation.

      _____    Other acts *(specify)*: _____.

    *Note:* Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B. It is my best recollection that the alleged discriminatory acts occurred on: **2/17/2011** *Date(s)*.

C. I believe that defendant(s) *(check one)*:

    [✓] is still committing these acts against me.

    [ ] is not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

    [✓] race **Black**    [ ] color _____

    [ ] gender/sex _____    [ ] religion _____

    [ ] national origin _____

    [ ] age. My date of birth is _____ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

    [ ] disability or perceived disability, _____ *(specify)*

E. The facts of my case are as follow *(attach additional sheets as necessary)*: **Supervisor Chiao accused me falsely of sleeping while on duty**

_____

_____

_____

    *Note:* As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

III. **Exhaustion of Federal Administrative Remedies:**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: **March 03, 2011** *(Date)*.

Rev. 05/2010                3

B.  The Equal Employment Opportunity Commission *(check one)*:

  _____ has not issued a Notice of Right to Sue letter.

  ✓ issued a Notice of Right to Sue letter, which I received on Jan. 30, 2012 *(Date)*.

  *Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.  Only litigants alleging age discrimination must answer this Question.

  Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

  _____ 60 days or more have elapsed.

  _____ less than 60 days have elapsed.

## IV. Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: I would like to be reinstated and compensated for wages lost.

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26th day of April, 2012.

Signature of Plaintiff: Alfred Crowley

Address: 910 Thieriot Ave. apt 3F
Bronx, N.Y. 10473

Telephone Number: (718) 328-3973

Fax Number *(if you have one)*: _____

*Rev. 05/2010*                                                       4

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Alfred Crowley
910 Thieriot Avenue
Apt. 3 F
Bronx, NY 10473

From: New York District Office
33 Whitehall Street
5th Floor
New York, NY 10004

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2011-03366 | Roxanne Zygmund, Investigator | (212) 336-3764 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

Kevin J. Berry,
District Director

January 30, 2012
(Date Mailed)

cc: Director of Human Resources
ALLIED BARTON SECURITY SERVICES
330 W. 34th Street
18th Floor
New York, NY 10001

Brian O'Connor, Corporate Director
Allied Barton Security Services
Eight Tower Bridge
161 Washington St., Suite 600
Conshohocken, PA 19428